UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

|  |  |
|---|---|
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |

Dean Earl Wilkens,

      Defendant.    Crim. No. 12-74 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Defendant's Motion for Separate Trial on Counts [Docket No. 33] is **DENIED.**

DATED: June 22, 2012  s/Michael J. Davis
At Minneapolis, Minnesota  Michael J. Davis, Chief Judge
                                                         United States District Court