# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  **ORDER**
                                    Criminal File No. 12-74 (MJD/LIB)

(1) DEAN EARL WILKENS,

      Defendant.

On July 18, 2012, the Government moved to dismiss Count 5 of the Superceding Indictment. Defendant had no objection. The Court orally granted that motion.

Accordingly, based upon the files, records, and proceedings herein, and as orally ordered by the Court, **IT IS HEREBY ORDERED**:

Count 5 of the Superceding Indictment is **DISMISSED**.

Dated: July 19, 2012                  s/ Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court